# Third District Court of Appeal
## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1843
Lower Tribunal No. 17-5207

_____


**Pedro Cruz, et al.,**
Appellants,

vs.

**North Shore Medical Center, Inc.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Kawel PLLC, and Andrew Paul Kawel, for appellants.

Rissman, Barrett, Hurt, Donahue, McLain & Mangan, P.A., Isaac R. Ruiz-Carus and Katherine A. Gannon (Tampa), for appellee.


Before GORDO, LOBREE, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Deauville Hotel Mgmt. v. Ward</u>, 219 So. 3d 949, 955 (Fla. 3d DCA 2017) ("What constitutes outrageous conduct is a question that must be decided as a matter of law.") (citing <u>De La Campa v. Grifols Am., Inc.</u>, 819 So. 2d 940, 943 (Fla. 3d DCA 2002) ("What constitutes outrageous conduct is a question for the trial court to determine as a matter of law."); <u>Liberty Mut. Ins. Co. v. Steadman</u>, 968 So. 2d 592, 595 (Fla. 2d DCA 2007) (explaining that "[t]he plaintiff's 'subjective response' to the conduct 'does not control the question of whether the tort of intentional infliction of emotional distress occurred.'")).